IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRZEJ PTASZNIK, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| UNIVERSITY OF PENNSYLVANIA, | : NO. 10-3941 |
| | : |
| Defendant. | : |

FILED
FEB 29 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 29th day of *February*, 2012, upon consideration of Defendant University of Pennsylvania's Motion for Summary Judgment (Docket No.18), Plaintiff Andrzej Ptasznik's Response in Opposition (Docket No. 20), and Defendant's Reply Brief (Docket No. 21), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff. This case is closed.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.